IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RAYELLEN McDONALD,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., an Arkansas corporation,<br><br>Defendant. | CV 20-100-M-DLC-KLD<br><br>ORDER |

Defendant Walmart Inc. has filed an unopposed motion to allow counsel to participate in the preliminary pretrial conference scheduled for 11:00 a.m. on October 8, 2020 by telephone. (Doc. 8.) Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's motion is GRANTED. Counsel Christopher R. Hedican shall call 1-866-390-1828 at the designated time to participate in the conference. When prompted, enter the access code 8447649 followed by #.

DATED this 17th day of September, 2020.

Kathleen L. DeSoto
United States Magistrate Judge