IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RAYELLEN MCDONALD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WALMART, INC.,<br><br>　　　　　Defendant. | CV 20-100-M-DLC<br><br><br>ORDER |

Pursuant to the parties Stipulation to Dismiss with Prejudice (Doc. 22),

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED this 19th day of May, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1